**Order entered April 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00129-CV**

**IN RE VARSITY GAY LEAGUE, LLC, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01181**

**ORDER**

Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     KEN MOLBERG
        JUSTICE